UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL HURCKES,                                                        :
:
                Plaintiff,                          :        22-CV-4616 (JMF)
:
      -v-                                                            :        ORDER
:
JPMORGAN CHASE BANK, N.A.,                                              :
:
                Defendant.                          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 21, Defendant's earlier motion to dismiss filed at ECF No. 11 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 22, 2022**. Defendant's reply, if any, is due by **September 29, 2022**.

       The Clerk of Court is directed to terminate ECF No. 11. As Plaintiff previously consented to electronic notice via the ECF system, *see* ECF No. 9, there is no need to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: September 9, 2022
       New York, New York
                                                 JESSE M. FURMAN
                                           United States District Judge