**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL HURCKES,

                Plaintiff,

        -against-

JPMORGAN CHASE BANK, N.A.,

                Defendant.
------------------------------------------------------------X

22 **CIVIL** 4616 (JMF)

## <u>JUDGMENT</u>

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 28, 2023, Chase's motion to

dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 28, 2023

                                **RUBY J. KRAJICK**

                              _____
                                  **Clerk of Court**

       **BY:**      *K. mango*

                                  _____
                                  **Deputy Clerk**